TINTON FALLS SCHOOLS BOARD OF EDUCATION v.
TINTON FALLS EDUCATION ASSOCIATION.

May 16, 1978. Petition for certification denied.

MICHAEL DESKOVICK v.
WATER POLICY AND SUPPLY COUNCIL.

May 16, 1978. Petition for certification granted. (See
157 *N. J. Super.* 89)

STATE OF NEW JERSEY v. JOHN MANIA.

May 16, 1978. Petition for certification denied.

WILLIE JONES v. COLLEGE OF MEDICINE AND DEN-
TISTRY OF NEW JERSEY RUTGERS MEDICAL SCHOOL.

May 16, 1978. Petition for certification denied. (See
155 *N. J. Super.* 232)

CONSOLIDATED ENTERPRISES, INC. v.
HOUSING AUTHORITY OF THE CITY OF NEWARK.

May 16, 1978. Petition for certification denied. (See
159 *N. J. Super.* 75)